# UNITED STATES BANKRUPTCY COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: JOHN DAVIS FRANCIS, III | CASE.: 19-10200 |
| ANGELA LYNN FRANCIS | CHAPTER 7 |
| DEBTORS | |

## ORDER APPROVING
## REAFFIRMATION AGREEMENT

Considering the motion for approval of the reaffirmation agreement between the debtors and Neighbors Federal Credit Union, statements of the debtors, record of the case, applicable law and for reasons orally assigned at a hearing held June 27, 2019,

**IT IS ORDERED** that the Reaffirmation Agreement (P-25), between the debtors and Neighbors Federal Credit Union is **APPROVED**.

Baton Rouge, Louisiana, July 1, 2019.

**s/ Douglas D. Dodd**
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE